SAPERSTEIN and Another, Appellants.— Upon reargument, order of reversal modified so as to allow costs of the appeal only to the appellant. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ. [See 205 App. Div. 435.]

In the Matter of the Application of the CITY OF NEW YORK, Relative to Acquiring Title, etc., to the Real Property Required for the Opening and Extending of Trautwine Street from Fish Avenue to Ramsey Street, in the Borough of Queens, etc.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

In the Matter of the Application of MARY MCELHENNY, Administratrix, etc., of PATRICK H. DUFFY, Deceased, for an Order Directing the Refund of the Assets of this Estate.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the October term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

In the Matter of the Petition of the PEOPLES TRUST COMPANY, as Substituted Trustee, etc., of KATE CORINNE BALDWIN, etc.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

In the Matter of Summary Proceedings. LENA SUGAL, Respondent, v. SAMUEL E. PELTZ, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Motion for reargument denied. Present — Kelly, P. J., Rich, Kelby and Young, JJ.

HERMAN C. LIND, Respondent, v. HENRY ENGELHARDT, Appellant.— Motion for stay granted, and plaintiff's time to serve and file a bill of particulars continued for ten days after the determination of the appeal. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

FRANK E. LONAS, Respondent, v. BARNE SILVER, Appellant.— Motion for reargument denied, and stay vacated. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur. Motion for leave to appeal to the Court of Appeals denied. Jaycox, Kelby and Young, JJ., concur; Kelly, P. J., and Rich, J., dissent.

ORESSE MANISCALCO, an Infant, by PLACIDO MANISCALCO, His Guardian ad Litem, Respondent, v. THE BROOKLYN CITY RAILROAD COMPANY, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the October term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

PLACIDO MANISCALCO, Respondent, v. THE BROOKLYN CITY RAILROAD COMPANY, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the October term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

NORTHEASTERN IRON WORKS, INC., Respondent, v. STRATTON REALTY CORPORATION, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the October term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

JEREMIAH A. O'LEARY, Appellant, v. THOMAS J. O'NEILL, Respondent.—